### CASTIANUELA v. STATE.
### No. 22713.

Court of Criminal Appeals of Texas.

Jan. 19, 1944.

Aubrey Davee, of Brady, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the unlawful sale of intoxicating liquor in a dry area. The punishment assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review except the sufficiency of the complaint and information, both of which appear to be in due order.

### PHARISS v. STATE.
### No. 22714.

Court of Criminal Appeals of Texas.

Jan. 19, 1944.

Aubrey Davee, of Brady, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of McCulloch County for a violation of the liquor laws, and his punishment was assessed at a fine of $400.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exceptions. We find nothing for our consideration.

The judgment of the trial court is affirmed.